IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra Ann McKinley a/k/a Sandra McKinley Antiques<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>1:24-bk-01935-HWV |
| JPMorgan Chase Bank, National Association<br>  Movant.<br>v.<br><br>Sandra Ann McKinley a/k/a Sandra McKinley Antiques<br>  Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>  Additional Respondent. | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

  Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), JPMorgan Chase Bank, National Association, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or

otherwise.

                        Respectfully submitted,

Dated: August 21, 2024            BY: /s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

LLG File #: 24-071154

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra Ann McKinley a/k/a Sandra McKinley Antiques<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>1:24-bk-01935-HWV |
| JPMorgan Chase Bank, National Association<br>    Movant.<br>v.<br>Sandra Ann McKinley a/k/a Sandra McKinley Antiques<br>    Debtor/Respondent,<br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 21st day of August, 2024:

Sandra Ann McKinley a/k/a Sandra McKinley Antiques
4982 Saddlebrook Drive
Harrisburg, PA 17112

Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com