United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01935-HWV
Sandra Ann McKinley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Sep 12, 2024      Form ID: ntcnfhrg      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Ann McKinley, 4982 Saddlebrook Drive, Harrisburg, PA 17112-2100 |
| 5643616 | + | BYZFUNDER INC, 530 7TH AVE STE 505, NEW YORK, NY 10018-4890 |
| 5643626 | + | IOU MERCHANT CASH ADVNCE, 600 TOWNPARK LANE STE 100, KENNESAW, GA 30144-3736 |
| 5643629 | ++ | LENDINGPOINT LLC, 1201 ROBERTS BLVD, STE 200, KENNESAW GA 30144-3612 address filed with court:, LENDING POINT, 1701 BARRETT LAKE BLVD, KENNESAW, GA 30144 |
| 5643630 | + | LOAN BUILDER/SWIFT FINANCIAL LLC, 2975 REGENT BLVD STE 100, IRVING, TX 75063-3157 |
| 5643638 | + | SBA - PHILADELPHIA DISTRICT OFFICE, 660 AMERICAN AVE, STE 301, KING OF PRUSSIA, PA 19406-4032 |
| 5643641 | + | TAYNE LAW GROUP PC, 135 PINELAWN ROAD STE 250N, MELVILLE, NY 11747-3122 |
| 5643645 | + | YANA M RUSEVA, ESQ, CHALMERS, ADAMS BACKER & KAUFMAN, LLC, 11770 HAYNES BRIDGE RD #205-219, ALPHARETTA, GA 30009-1966 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5643614 | + | Email/Text: Bankruptcy@aubreythrasher.com | Sep 12 2024 18:41:00 | AUBREY THRASHER LLC, 12 POWDER SPRINGS STREET STE 240, MARIETTA, GA 30064-7205 |
| 5643615 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 12 2024 18:41:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 5643617 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 18:50:58 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5643618 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 18:50:55 | CAPITAL ONE/SAKSFIRST, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5643619 | + | Email/Text: BKPT@cfna.com | Sep 12 2024 18:40:00 | CFNA, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 5643621 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2024 18:50:58 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5643622 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 18:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5643623 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2024 18:51:02 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5649856 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 18:51:12 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5643642 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 12 2024 18:40:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5643632 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2024 18:51:14 | MACY'S/ DSNB, ATYTN: BANKRUPTCY, 701 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104 |
| 5643624 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 12 2024 18:41:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 5643625 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2024 18:41:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5643628 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2024 18:51:05 | JPMCB, MAILCODE LA4-7100, 700 KANSAS LANE, MONROE, LA 71203 |
| 5643620 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2024 18:50:56 | CHASE MORTGAGE, ATTN: LEGAL CORRESPONDENCE CENTER, 700 KANSAS LN MAIL CODE LA4-7200, MONROE, LA 71203 |
| 5643631 | | Email/Text: camanagement@mtb.com | Sep 12 2024 18:41:00 | M&T BANK, 1100 WEHRLE DRIVE, WILLIAMSVILLE, NY 14221 |
| 5643633 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 12 2024 18:41:00 | MARINER FINANCE, LLC, ATTN: BANKRUPTCY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5643634 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 12 2024 18:41:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5643635 | + | Email/Text: bnc@nordstrom.com | Sep 12 2024 18:41:54 | NORDSTROM SIGNATURE VISA, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 5643636 | + | Email/PDF: cbp@omf.com | Sep 12 2024 18:51:02 | ONE MAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5644929 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5643639 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2024 18:51:12 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5643640 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2024 18:50:55 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5643643 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 12 2024 18:40:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5643644 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 12 2024 18:51:03 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, 1100 CORPORATE CENTER DRIVE, RALEIGH, NC 27607-5066 |
| 5644491 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 12 2024 18:51:02 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5643637 | | RODGER MCKINLEY |
| 5643627 | * | IRS CENTRALIZED INSOLVENCY ORG, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor JPMorgan Chase Bank National Association logsecf@logs.com, cistewart@logs.com |
| Dorothy L Mott | on behalf of Debtor 1 Sandra Ann McKinley DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Sandra Ann McKinley karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sandra Ann McKinley,
aka Sandra McKinley Antiques,

Chapter 13

**Debtor 1**

Case No. 1:24−bk−01935−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 16, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: October 23, 2024<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 12, 2024 |

ntcnfhrg (08/21)