UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|   SANDRA ANN MCKINLEY | : | |
|     Debtor | : | |
| | : | |
|   JACK N. ZAHAROPOULOS | : | |
|   STANDING CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
|   SANDRA ANN MCKINLEY | : | CASE NO.   1-24-bk-01935 |
|     Respondent | : | |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 31st day of December 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:
   a. The Plan is underfunded relative to claims to be paid. The Plan is not funded to pay the liquidation value, plus payments on secured claims.

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of Debtor(s) Plan.
    b. Dismiss or convert Debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                          Respectfully submitted:

                                          Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA 17036
                                          (717) 566-6097

                BY:    /s/Douglas R. Roeder
                            Attorney for Trustee

# CERTIFICATE OF SERVICE

       AND NOW, this 31st day of December 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

KARA K GENDRON  
MOTT & GENDRON LAW  
125 STATE STREET  
HARRISBURG, PA    17101-

                                          /s/Tammy Life  
                                          Office of Jack N. Zaharopoulos  
                                          Standing Chapter 13 Trustee