# United States Bankruptcy Court

## Middle District of Pennsylvania (Harrisburg)

IN RE:     SANDRA A MCKINLEY          CASE NO.: 24-01935
                                                                          CHAPTER: 13

     Debtors

### Change of address – Payment for Creditor

As to Claim 1-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/17/2025                                     /s/Lisa Johnson
                                                  Account Resolution Associate Manager
                                                  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:24-bk-01935-HWV     Doc 42     Filed 11/18/25     Entered 11/18/25 12:22:27     Desc
Main Document     Page 1 of 2

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE:   SANDRA A MCKINLEY            CASE NO:   24-01935
                                      CHAPTER:   13

    Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/17/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/17/2025                    /s/Lisa Johnson
                              Account Resolution Associate Manager
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:24-bk-01935-HWV    Doc 42    Filed 11/18/25    Entered 11/18/25 12:22:27    Desc
Main Document      Page 2 of 2